It is ORDERED that the petition for certification is denied.

164 A.3d 405

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL N. BRIGHT (A/K/A MICHAEL MCNNAIR),
DEFENDANT–PETITIONER.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1642/3480–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 405

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RICKY LABOY, DEFENDANT–PETITIONER.

March 23, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004948–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.